1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AMARU-AWA MERCHANDISING, INC., a
     California corporation,
12                                        NO. CIV. S-04-1324 LKK/DAD
             Plaintiff,
13
       v.                                 **ORDER RE DISPOSAL**
14                                        **DOCUMENTS AFTER**
     HSIN WEI HSU, an individual and      **NOTIFICATION OF SETTLEMENT**
15   dba CAPITOL CELLULAR; CAPITOL
     CELLULAR, INC., a suspended
16   California corporation; and
     THE DIGITAL WIRELESS STORE,
17   a California corporation,

18           Defendants.
                                        /
19

20        Counsel for plaintiff has informed the court that the parties

21   have settled the above-captioned case.  The court now orders that

22   the dispositional documents disposing of the case be filed no later

23   than forty-five (45) days from the effective date of this order.

24        All hearing dates heretofore set in this matter are hereby

25   **VACATED.**

26   ////

                                    1

1    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4        IT IS SO ORDERED.

5        DATED:  August 25, 2005.

6

7                              /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
8                              UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2