Eric J. Farber, SBN 169472
FARBER & COMPANY ATTORNEYS, LLP
847 Sansome Street, Suite LL
San Francisco, California 94111
Telephone 415.434.5320

Attorneys for Plaintiff:
Amaru-AWA Merchandising, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Amaru-AWA Merchandising, Inc. a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>Hsin Wei Hsu, an Individual and doing business as Capitol Cellular; Capitol Cellular, Inc., a Suspended California Corporation; The Digital Wireless Store, a California Corporation; and<br><br>Does 1 to 100,<br><br>Defendants. | Case No.: S-04-1324 LKK DAD<br><br>Stipulation to Dismiss All Defendants and All Causes of Action with Prejudice and Order |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and a confidential Settlement and Release Agreement completed by Defendants, on or about September 12, 2005, the Parties hereby stipulate to dismiss this matter in its entirety, with prejudice.

///

///

///

*Amaru-AWA Merchandising, Inc. v. Hsin Wei Hsu, et al.*
United States District Court, Eastern District of California
Farber & Company Attorneys LLP
Stipulation to Dismiss - 1

Dated: September_____, 2005

By: FARBER & COMPANY ATTORNEYS, LLP

Signature on original

Eric J. Farber, SBN 169472
847 Sansome Street, Suite LL
San Francisco, California 94111

Attorneys for Plaintiff Amaru-AWA Merchandising, Inc.

Dated: September_____, 2005

By: READ & ALIOTTI, P.C

Signature on original

Michael B. Read
2520 Venture Oaks Way, Suite 100
Sacramento, CA 95833

Attorneys for Defendants Hsin Wei Hsu and Capitol Cellular, Inc.

Dated: September_____, 2005

By: MacKenzie and Brody

Signature on original

Roderick L. MacKenzie
1028 Second Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant The Digital Wireless Store

*Amaru-AWA Merchandising, Inc. v. Hsin Wei Hsu, et al.*
United States District Court, Eastern District of California
Farber & Company Attorneys LLP
Stipulation to Dismiss - 2

**[PROPOSED] ORDER**

In light of the forgoing stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Any and all causes of action and claims for relief made by Plaintiffs against all Defendants are hereby dismissed with prejudice.

Dated: October 7, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

*Amaru-AWA Merchandising, Inc. v. Hsin Wei Hsu, et al.*
United States District Court, Eastern District of California
Farber & Company Attorneys LLP
Stipulation to Dismiss - 3